141 A.3d 1162

IN THE MATTER OF JAY J. CHATARPAUL, AN ATTORNEY
AT LAW (ATTORNEY NO. 047821995).

July 15, 2016.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15–134, concluding that **JAY J. CHATARPAUL** of **NORTH BERGEN,** who was admitted to the bar of this State in 1995, should be reprimanded for violating *RPC* 1.6(a) (revealing information relating to the representation of a client without the client's consent), and *RPC* 7.2(b) (failing to retain a copy or recording of an advertisement or written communication for three years after its dissemination along with a record of when and where it was used);

And **JAY J. CHATARPAUL** having submitted a petition for review (R–8–15) and having been Ordered to show cause why he should not be disbarred or otherwise disciplined;

And the Court having determined that respondent's conduct in revealing information that was a matter of public record under the circumstances here did not violate *RPC* 1.6(a); and having further determined that there is a lack of precedent for applying *RPC* 7.2(b) to impose discipline on an attorney for failure to retain webpages of the attorney's or a law firm's website;

And good cause appearing;

It is ORDERED that the petition for review is granted and the formal complaint against **JAY J. CHATARPAUL** in District Docket No. XIV–2012–0538E is hereby dismissed; and it is further

ORDERED that the record in this matter shall be referred to the Supreme Court Committee on Attorney Advertising and the Supreme Court Advisory Committee on Professional Ethics for those committees to consider jointly whether *RPC* 7.2(b) should be

amended to require the retention of webpages of an attorney's or a law firm's website and, if so, the limits of such a requirement as well as the appropriate manner of compliance.